Exhibit 1

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-085-012

EFFECTIVE DATE OF REGISTRATION

MAR 16 2001

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

STRIKE KING

NATURE OF THIS WORK ▼ See Instructions

ACRYLIC PAINTING

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

NAME OF AUTHOR ▼

Al Agnew

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼
                     1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ US
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

Year in Which Creation of This Work Was
Completed    2000
◄ Year    This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information Month ▶ NOVEMBER    Day ▶ 01    Year ▶ 2000
ONLY if this work has been published.    US    ◄ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights by Artist

APPLICATION RECEIVED
MAR 16 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 16 2001
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

The Al Agnew Collection
11779 Highway 32
Ste. Genevieve MO 63670

Area code and daytime telephone number ► ( 573 ) 883-5121          Fax number ► ( 573 ) 883-7303

Email ► mail@alagnew.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of The Al Agnew Collection Trust u/a 8-16-94
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. wolk-Agnew          Date► 5-14-01

Handwritten signature (X) ▼

X Mary L Wolk-Agnew

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
The Al Agnew Collection Trust

Number/Street/Apt ▼
11779 Highway 32

City/State/ZIP ▼
Ste. Genevieve MO 63670

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money As of July 1, 1999,
order payable to Register of Copyrights the filing fee for
3. Deposit material Form VA is $30.
**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000          ⊕ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-859

**Effective Date of Registration:**
May 25, 2023

**Registration Decision Date:**
October 06, 2023

---

## Title

**Title of Work:** Wolves in Snow Variation 2

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** November 22, 2006
**Nation of 1st Publication:** United States

## Author



- **Author:** Al Agnew
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Al Agnew Collection LLC
2680 Hwy K, PO Box 278, St. Clair, MO, 63077, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-858

**Effective Date of Registration:**
May 25, 2023
**Registration Decision Date:**
October 06, 2023

## Title

|  |  |
|---|---|
| **Title of Work:** | Wolves in Snow Variation 1 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | November 22, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Al Agnew |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | The Al Agnew Collection LLC |
|  | 2680 Hwy K, PO Box 278, St. Clair, MO, 63077, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Address:** | 111 3rd Avenue South |
|  | Suite 360 |
|  | Minneapolis, MN 55401 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-856

**Effective Date of Registration:**
May 25, 2023
**Registration Decision Date:**
October 06, 2023

---

## Title

**Title of Work:** Wolves in Snow

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** June 01, 2005
**Nation of 1st Publication:** United States

## Author

**Author:** Al Agnew
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Al Agnew Collection LLC
2680 Hwy K, PO Box 278, St. Clair, MO, 63077, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-364-855

**Effective Date of Registration:**
May 25, 2023
**Registration Decision Date:**
October 06, 2023

---

## Title

**Title of Work:** Wolf Moon

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** June 01, 2006
**Nation of 1st Publication:** United States

## Author

- **Author:** Al Agnew
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Al Agnew Collection LLC
2680 Hwy K, PO Box 278, St. Clair, MO, 63077, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



ditional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1−255−183

EFFECTIVE DATE OF REGISTRATION

MAR 12 2004
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

TROUBLE

**NATURE OF THIS WORK ▼ See Instructions**

ACRYLIC PAINTING

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a**   **NAME OF AUTHOR ▼**

AL AGNEW

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

1952

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶ UNITED STATES

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instructions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was
Completed
2003
◀ Year in all cases.
This information
must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information   Month ▶ OCTOBER   Day ▶ 15   Year ▶ 2003
ONLY if this work
has been published.
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE AL AGNEW COLLECTION TRUST u/a 8-16-94
11779 HIGHWAY 32, STE. GENEVIEVE, MO 63670

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

TRANSFER OF ALL RIGHTS BY ARTIST

See instructions
before completing
this space.

APPLICATION RECEIVED
MAR 12 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 12 2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

THE AL AGNEW COLLECTION
11779 HIGHWAY 32
STE. GENEVIEVE, MO 63670

Area code and daytime telephone number ▶ ( 573 ) 883-5121              Fax number ▶ ( 573 ) 883-7303
Email ▶

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___THE AL AGNEW COLLECTION TRUST
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARY L. WOLK-AGNEW                                        Date ▶ 3-4-04

Handwritten signature (X) ▼
X _Mary L. Wolk-Agnew_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
THE AL AGNEW COLLECTION

Number/Street/Apt ▼
11779 HIGHWAY 32

City/State/ZIP ▼
STE. GENEVIEVE, MO 63670

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999,
the filing fee for
Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

 

**Registration Number**

## VA 2-364-854

**Effective Date of Registration:**
May 25, 2023
**Registration Decision Date:**
October 06, 2023

---

## Title
        **Title of Work:**  Bradford Deer

## Completion/Publication
        **Year of Completion:**  2007
    **Date of 1st Publication:**  January 15, 2008
  **Nation of 1st Publication:**  United States

## Author
-         **Author:**  Al Agnew
    **Author Created:**  2-D artwork
        **Citizen of:**  United States

## Copyright Claimant
    **Copyright Claimant:**  The Al Agnew Collection LLC
                        2680 Hwy K, PO Box 278, St. Clair, MO, 63077, United States
    **Transfer statement:**  By written agreement

## Rights and Permissions
    **Organization Name:**  MHS Licensing
             **Name:**  John Haesler
          **Email:**  john@mhslicensing.com
       **Address:**  111 3rd Avenue South
                        Suite 360
                        Minneapolis, MN 55401 United States

## Certification



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-179-514

**Effective Date of Registration:**
May 09, 2019
**Registration Decision Date:**
November 26, 2019

---

## Title

| | |
|---|---|
| Title of Work: | CONFRONTATION |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1999 |
| Date of 1st Publication: | June 01, 1999 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | AL AGNEW |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | THE AL AGNEW COLLECTION TRUST |
| | Missouri, 11779 Hwy 32, STE GENEVIEVE, MO, 63670, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | THE AL AGNEW COLLECTION |
| Address: | 11779 Hwy 32 |
| | Ste Genevieve, MO 63670 United States |

## Certification

| | |
|---|---|
| Name: | Mary Wolk Agnew, Trustee |
| Date: | May 06, 2019 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-356-632

**Effective Date of Registration:**
May 25, 2023
**Registration Decision Date:**
August 03, 2023

---

## Title

**Title of Work:** Lightness of Being

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** May 01, 2005
**Nation of 1st Publication:** United States

## Author

- **Author:** Al Agnew
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Al Agnew Collection LLC
2680 Hwy K, PO Box 278, St. Clair, MO, 63077, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–263–997

EFFECTIVE DATE OF REGISTRATION

6 – 16 – 04
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Running Wild

**NATURE OF THIS WORK ▼ See Instructions**

Watercolor Painting

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Al Agnew

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ US
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
1991
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 01   Year ▶ 1991
US   ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32, Ste. Genevieve, MO 63670

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Transfer of all rights by Artist

APPLICATION RECEIVED
MAR 15 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 15 2004
FUNDS RECEIVED
6 –16 –04

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

*See instructions before completing this space.*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

The Al Agnew Collection
11779 Highway 32
Ste. Genevieve, MO 63670

Area code and daytime telephone number ► ( 573 ) 883-5121          Fax number ► ( 573 ) 883-7303

Email ► mary@alagnew.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _The Al Agnew Collection Trust u/a 8-16-94_
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. Wolk-Agnew                         Date ► 3-9-04

Handwritten signature (X) ▼

x _Mary Wolk Agnew_

| Certificate will be mailed in window envelope to this address: | Name ▼ The Al Agnew Collection Trust |
|---|---|
| | Number/Street/Apt ▼ 11779 Highway 32 |
| | City/State/ZIP ▼ Sainte Genevieve, MO 63670 |

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

*As of July 1, 1999, the filing fee for Form VA is $30.*

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*



Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 838-309

EF

| 5 | 12 | 97 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS WORK ▼

The Boy's Club

NATURE OF THIS WORK ▼ See instructions

Watercolor Painting

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**  NAME OF AUTHOR ▼

Al Agnew

DATES OF BIRTH AND DEATH
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Watercolor Painting

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 15   Year ▶ 1995
USA ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670

See instructions before completing this space.

APPLICATION RECEIVED
MAY 12, 1997

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 12, 1997

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Transfer of all rights by Artist

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670
Attn: Mary Agnew    Area Code & Telephone Number ▶    314-883-5121

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of The Al Agnew Collection Trust u/a 8-16-94
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. Wolk-Agnew     date ▶ 4-2-97

   Handwritten signature (X) ▼

Mary L. Wolk-Agnew

**8**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
The Al Agnew Collection
Number/Street/Apartment Number ▼
11779 Highway 32
City/State/Zip ▼
Ste. Genevieve MO 63670

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000



Additional Certificate (17 U.S.C. 706)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

VA 964-203

EFFECTIVE DATE OF REGISTRATION

June 29 1999
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
Wolf Ridge

NATURE OF THIS WORK ▼ See instructions
Acrylic Painting

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

a    NAME OF AUTHOR ▼
Al Agnew

DATES OF BIRTH AND DEATH
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Acrylic Painting

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c    NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a    YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

b    DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 08    Day ▶ 01    Year ▶ 1998
US ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
The Al Agnew Collection Trust u/a 8-16-94
11779 Highway 32
Ste. Genevieve MO 63670

See instructions before completing this space

APPLICATION RECEIVED
JUN 29 1999
ONE DEPOSIT RECEIVED
JUN 29 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Transfer of all rights by artist

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                    **Account Number ▼**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

The Al Agnew Collection Trust
11779 Highway 32
Ste. Genevieve MO 63670
Attn: Mary Agnew

Area Code & Telephone Number ▶  573-883-5121

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  The Al Agnew Collection Trust u/a 8-16-94
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary L. Wolk-Agnew                                    date ▶  06·25·98

Handwritten signature (X) ▼
Mary L Wolk Agnew

**MAIL CERTIFICATE TO**

Name ▼
The Al Agnew Collection

Number/Street/Apartment Number ▼
11779 Highway 32

City/State/ZIP ▼
Ste. Genevieve MO 63670

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate will be mailed in window envelope

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000                                    ☼U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,007



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-364-366

**Effective Date of Registration:**
May 25, 2023
**Registration Decision Date:**
October 03, 2023

## Title

**Title of Work:** Mystic Lake Wolf

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** February 01, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Al Agnew
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** The Al Agnew Collection LLC
2680 Hwy K, PO Box 278, St. Clair, MO, 63077, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification



# Copyright

---

**Entire Copyright Document:**

V15019 D430 P1-199

**Registration Number Not Verified:**

VA0001071949

**Date of Recordation:**

2023-10-17

**Date of Execution:**

13Jul21; 13Jul21; 13Jul21

**Party 1:**

Al Agnew Collection Trust, 11779 Highway 32, Sainte Genevieve, MO, USA

**Party 2:**

The Al Agnew Collection LLC, 8777 Big Bend Boulevard, St. Louis, MO, USA

**Notes:**

Assignment and Transfer of Rights.

**List of Works:**

00001 Anticipation;Visual art/ Al Agnew; Reg. VA0001071949.

00002 Confrontation;Visual art/ Al Agnew; Reg. VA0002179514.

00003 Running Wild;Visual art/ Al Agnew; Reg. VA0001263997.

00004 Strike King;Visual art/ Al Agnew; Reg. VA0001085012.

00005 The Boys' Club;Visual art/ Al Agnew; Reg. VA0000838309.

00006 The Sentinel;Visual art/ Al Agnew; Reg. VA0000825956.

00007 Trouble;Visual art/ Al Agnew; Reg. VA0001255183.

00008 Wolf Ridge;Visual art/ Al Agnew; Reg. VA0000964203.

**Title:**

Anticipation & 7 other titles;Visual art.

**Names:**

Al Agnew Collection Trust

The Al Agnew Collection LLC

**Name Undifferentiated Role:**

Al Agnew

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/35728508

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).