**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE AL AGNEW COLLECTION LLC,

       Plaintiff,                             Case No.:  1:24-cv-11968

v.                                   Judge Franklin U. Valderrama

THE PARTNERSHIPS AND             Magistrate Judge Daniel P. McLaughlin
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

       Defendants.

## <u>NOTICE OF DISMISSAL</u>

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 55 | Yooyixi |
| 36 | Arcemain |
| 115 | MERIGLARE |
| 83 | XyyWen |
| 85 | ZXIPN |
| 88 | Erqing e-commerce Co., LTD |
| 90 | MZSUER |
| 91 | Wei Huang Co., LTD |
| 95 | Bloderetu |
| 96 | yubikelmi Dtydtpe |
| 98 | LYQBGVDQA |
| 101 | Dibafang Co., Ltd. |
| 108 | YXVWKN |
| 113 | Yiyibai |
| 118 | Home Inspirations |
| 61 | shengzhoushibenyashengdianzishangwuyouxiangongsi |
| 59 | AIHHENSWANG |
| 48 | Seasaww |
| 43 | BERTERI |
| 37 | sanriqushui |

| 62 | Eastbuy |
| 123 | chenweisonshangmao |
| 124 | ASTARIN |

DATED:  January 10, 2025        Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 10, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt